**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq., SBN 136857
Deborah P. Gutierrez, Esq., SBN 240383
Andrea R. Williams, Esq., SBN 242106
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone: (310) 893-6200
Facsimile: (310) 988-2930
Email:      deborah@prosperlaw.com

Attorneys for Plaintiffs,
Todd and Renee Brown

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD BROWN, an individual and RENEE BROWN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANCORP D/B/A U.S. BANK, AS TRUSTEE TO BANC OF AMERICA FUNDING TRUST-H- TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-H TRUST; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,, <br><br> Defendants. | Case No. CV11-06125 CAS (PJWx) <br><br> **ORDER GRANTING STIPULATION TO DISMISS CASE WITHOUT PREJUDICE AND FOR A MUTUAL WAIVER OF FEES AND COSTS [JS-6]** <br><br> **Judge:** Hon. Christina A. Snyder <br> **Crtrm:** 5 |

The Court, having considered Plaintiffs Todd Brown and Renee Brown ("Plaintiffs") and Defendants Bank of America, N.A. and U.S. Bancorp D/B/A U.S.

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITHOUT PREJUDICE AND FOR A MUTUAL WAIVER OF FEES AND COSTS

-1-

1  Bank, as Trustee to Banc of America Funding Trust-H-Trust, Mortgage Pass-Through
2  Certificates, Series 2006-H Trust (collectively "Defendants"), (Plaintiffs and Defendants
3  collectively "Parties") stipulation to dismiss this action without prejudice and for a
4  mutual waiver of fees and costs, hereby GRANTS the stipulation.  All dates are hereby
5  vacated.

7  Dated:      May 1, 2012          _____
8                                    HON. CHRISTINA A. SNYDER
9                                    UNITED STATES DISTRICT JUDGE